IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL DEAN STOUT**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 4:15CV00457 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been reviewed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, Stout's complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of August 2016.

_____
UNITED STATES DISTRICT JUDGE